# United States Bankruptcy Court
For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** MICHAEL SHAWN MOBLEY, SR.  
KARI MARIE MOBLEY  
63 ORGAN AVE.  
AKRON, OH 44319

Case No: 16-51550

### TRUSTEE'S INTENT TO PAY CLAIMS AS OF 11/07/2016

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| 05-1A | Secured | SUMMIT SERVICING AGENCY LLC<br>CERTIFICATE TREC PENDING | | | | 100.0000%<br>Interest at 18.0000% |
| 05-1B | Secured | SUMMIT SERVICING AGENCY LLC<br>CERTIFICATE | | | | 100.0000%<br>Interest at 9.0000% |
| 05-1C | Secured | SUMMIT SERVICING AGENCY LLC<br>PREPETITION INTEREST | | | | 100.0000% |
| 11-1 | Secured | SUMMIT COUNTY FISCAL OFFICER<br>15 TAX | None | 2,965.69 | 2,965.69 | 100.0000% |
| | Secured | NATIONWIDE CREDIT | 25,961.46 | None | None | 100.0000% |
| 01-1 | Unsecured | CAPITAL ONE BANK USA NA | 427.79 | 436.28 | 43.63 | 10.0000% |
| 02-1 | Unsecured | TOLEDO EDISON | 246.96 | 246.96 | 24.70 | 10.0000% |
| 03-1 | Unsecured | OHIO EDISON | 1,050.90 | 1,986.69 | 198.67 | 10.0000% |
| 04-1 | Unsecured | QUANTUM3 GROUP LLC<br>ADVANCE AMERICA | 1.00 | 1,266.62 | 126.66 | 10.0000% |
| 05-1D | Unsecured | SUMMIT SERVICING AGENCY LLC<br>FEES | | | | 10.0000% |
| 06-1 | Unsecured | THOMAS TURNER DDS | 522.31 | 535.05 | 53.51 | 10.0000% |
| 07-1 | Unsecured | CAPITAL ONE BANK USA NA | 422.09 | 430.47 | 43.05 | 10.0000% |
| 08-1 | Unsecured | CENTURYLINK BANKRUPTCY<br>UNITED TELEPHONE CO | 238.31 | 238.31 | 23.83 | 10.0000% |
| 09-1 | Unsecured | UNIVERSITY OF AKRON | None | 1,074.27 | 107.43 | 10.0000% |
| 10-1 | Unsecured | SURGERY CENTER OF AKRON | 1,413.49 | 1,523.26 | 152.33 | 10.0000% |
| | Unsecured | JOSEPH R HARRISON CO | 343.00 | None | None | 10.0000% |
| | Unsecured | MONTGOMERY LYNCH & ASSOC INC | 324.00 | None | None | 10.0000% |

Page 1 of 3

16-51550-amk    Doc 32    FILED 11/07/16    ENTERED 11/07/16 09:33:14    Page 1 of 3

# United States Bankruptcy Court
For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** MICHAEL SHAWN MOBLEY, SR.  
KARI MARIE MOBLEY  
63 ORGAN AVE.  
AKRON, OH 44319

Case No: 16-51550

### TRUSTEE'S INTENT TO PAY CLAIMS AS OF 11/07/2016

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| | Unsecured | NATIONAL PAYMENT CENTER | 744.06 | None | None | 10.0000% |
| | Unsecured | PEDIATRIX-OBSTETRIX | 186.00 | None | None | 10.0000% |
| | Unsecured | PNC BANK | 192.54 | None | None | 10.0000% |
| | Unsecured | RICHARD J KAPLOW | 384.33 | None | None | 10.0000% |
| | Unsecured | SUMMA HEALTH SYSTEM | 3,354.25 | None | None | 10.0000% |
| | Unsecured | TEAM RECOVERY | 193.45 | None | None | 10.0000% |
| | Unsecured | TIME WARNER CABLE | 411.28 | None | None | 10.0000% |
| | Unsecured | TIME WARNER CABLE | 245.03 | None | None | 10.0000% |
| | Unsecured | TOLEDO RADIOLOGICAL ASSOC | 151.00 | None | None | 10.0000% |
| | Unsecured | UNITED COLLECTION BUREAU | 94.76 | None | None | 10.0000% |
| | Unsecured | WAY PUBLIC LIBRARY | 71.19 | None | None | 10.0000% |
| | Unsecured | WOMANS HEALTH GROUP INC | 42.48 | None | None | 10.0000% |
| | Unsecured | ACME | 199.99 | None | None | 10.0000% |
| | Unsecured | SUMMA HEALTH SYSTEM | 509.75 | None | None | 10.0000% |
| | Unsecured | FIRST AMERICAN LOANS | 1.00 | None | None | 10.0000% |
| | Unsecured | ENHANCED RECOVERY | 163.46 | None | None | 10.0000% |
| | Unsecured | SUMMIT COUNTY OHIO SANITARY | 729.87 | None | None | 10.0000% |

# United States Bankruptcy Court

For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** MICHAEL SHAWN MOBLEY, SR.  
KARI MARIE MOBLEY  
63 ORGAN AVE.  
AKRON, OH 44319

Case No: 16-51550

**TRUSTEE'S INTENT TO PAY CLAIMS AS OF 11/07/2016**

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
|  | Unsecured | CONVERGENCE RECEIVABLES | 579.11 | None | None | 10.0000% |
|  | Unsecured | CASHLAND FINANCIAL | 1.00 | None | None | 10.0000% |
|  | Unsecured | BARBERTON CITIZENS HOSPITAL | 493.00 | None | None | 10.0000% |
|  | Unsecured | AMCA COLLECTION AGENCY | 660.40 | None | None | 10.0000% |
|  | Unsecured | CHILDRENS HOSPITAL MEDICAL | 332.77 | None | None | 10.0000% |
|  | Unsecured | AFNI INC<br>DISH NETWORK | 377.11 | None | None | 10.0000% |
|  | Unsecured | ATTORNEY GENERAL STATE OF OHIO | 2,559.75 | None | None | 10.0000% |
| 798 | Attorney | REBECCA J SREMACK ESQ | None | 1,600.00 | 1,600.00 | 100.0000% |
| 799 | Attorney | REBECCA J SREMACK ESQ | 4,000.00 | 2,160.00 | 2,160.00 | 100.0000% |
|  | Dated: 11/7/2016 | Case Totals | 57,628.89 | 25,217.85 | 15,253.15 |  |

## NOTICE

Absent an objection or court order, the Trustee shall pay proofs of claims as filed pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3001(F). If the Debtor(s) have an objection to paying a claim as filed they should immediately contact their attorney to discuss if an objection can be filed to the claim.

Keith L. Rucinski  
Chapter 13 Trustee  
One Cascade Plaza, Suite 2020  
Akron, OH 44308

A copy of the foregoing Trustee's Intent to Pay Claims was served electronically thru ECF on the debtor's attorney and either by regular U.S. mail upon the debtor(s), or via email upon the debtor(s) with written permission provided to the Trustee.

REBECCA J SREMACK ESQ  
SREMACK LAW FIRM  
2745 S ARLINGTON ROAD  
AKRON, OH 44312

MICHAEL SHAWN MOBLEY, SR.  
KARI MARIE MOBLEY  
63 ORGAN AVE.  
AKRON, OH 44319