THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **16-51550** |
| **Michael S. Mobley, Sr.** | ) | ALAN M. KOSCHIK |
| **Kari M. Mobley** | ) | BANKRUPTCY JUDGE |
| | ) | |
| Debtor(s) | ) | TRUSTEE'S MOTION TO DISMISS |
| | ) | DUE TO FAILURE OF DEBTOR(S) |
| | ) | TO MAKE PLAN PAYMENTS |

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and requests this Court to dismiss Debtor(s) plan pursuant to 11 USC §1307(c)(1) as the Debtor(s) has failed to make required plan payments as required by 11 USC §1326. The failure to make plan payments is prejudicial to creditors who cannot be paid unless the Debtor(s) make plan payments. The Trustee states the following:

1) Debtor(s) has/have not been making his/her/their Chapter 13 Plan payments as ordered.
2) The case as filed **06/29/2016.**
3) The monthly Plan payments are **$795.00**.
4) As of this date, the payments into the Plan total **$29,894.97.**
5) The last payment was received on **10/21/2019.**

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

## NOTICE TO ATTORNEYS

**\*\*Pursuant to this Court's Administrative order 00-4, attorneys are required to file with the U.S. Bankruptcy court a notice of no opposition or a notice of inability to communicate with the Debtor(s).1352

Attorneys may contact Holly Byler, at the Chapter 13 Trustee's Office at 330.762.6335 ext. 225 or **hbyler@ch13akron.com** to resolve this motion.

If attorneys do not file a response or contact the Chapter 13 Office by noon on Tuesday before the scheduled hearing, attorneys are required to appear at any Court hearing on this matter.

Debtor(s) may make a payment either online or by phone. To pay online visit **www.chapter13info.com**. To pay by phone call 1-888-439-5121.\*\***

Respectfully submitted,

 **/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com
       jferrise@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that on 1/16/2020, the following were served a copy of this pleading:

| | |
|---|---|
| Michael S. Mobley, Sr. | Kari M. Mobley |
| 63 Organ Ave. | 63 Organ Ave. |
| Akron, OH 44319 | Akron, OH 44319 |
| (via Regular U.S. Mail) | (via Regular U.S. Mail) |

Via ECF:

Rebecca J. Sremack, Esquire at rebecca@sremacklaw.com
Keith L. Rucinski, Trustee at krucinski@ch13akron.com
Office of the US Trustee at ustpregion09.cl.ecf@usdoj.gov

Date of Service:    1/16/2020        By:    Holly Byler
                                             Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com