IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 13 |
| **MICHAEL SHAWN MOBLEY, SR. and KARI MOBLEY,** | CASE NO. 16-51550 |
| *Debtors.* | JUDGE: ALAN M. KOSCHIK |
| | **DEBTORS' MOTION TO MODIFY THE CHAPTER 13 PLAN PAID TO DATE** |

Debtors Michael Shawn Mobley, Sr., and Kari Mobley, through counsel, respectfully submit this Motion to Modify the Chapter 13 Plan paid to date. In support, they state as follows:

1. This case was filed on June 29, 2016, and was confirmed on September 30, 2016.
2. The Debtors have made 36 monthly payments.
3. On May 28, 2020, the Summit County Fiscal Office filed an Amended Proof of Claim stating that $9,221.65 in property taxes for the Debtors' home at 63 Organ Ave. are due and owing.
4. The Summit County Fiscal Office has indicated that the Debtors can make arrangements for a payment plan to address these property taxes directly with the Office rather than paying same through the Plan.

The Debtors respectfully request an Order modifying the Chapter 13 Plan Paid to Date in order to permit them to obtain a discharge of their other debts and obtain their fresh start. The Debtors understand and agree that the Summit County Fiscal Officer will not be discharged and that the remaining property-tax balance will survive their bankruptcy, requiring them to make arrangements directly with Summit County Fiscal Office to pay these taxes outside the plan after discharge.

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Phone: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Debtors' Motion to Modify the Chapter 13 Plan Paid to Debt* was served this 27th day of April, 2021, as follows:

By certified mail, return receipt requested, upon:

    Kristen M. Scalise
    Summit County Fiscal Officer
    175 S. Main Street
    Akron, Ohio 44308

By regular U.S. mail, postage prepaid, upon the parties indicated on the mailing list, following on the attached mailing list, identified as Exhibit "A"; and

Via the Court's electronic case filing (ECF) system upon those parties indicated on the Court's electronic mail notice list, namely:

    Chapter 13 Trustee, Keith Rucinski

    U.S. Trustee

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Counsel for Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 16-51550-amk<br>Northern District of Ohio<br>Akron<br>Tue Apr 27 09:37:24 EDT 2021 | US Department of Education<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | University of Akron<br>c/o KEITH D. WEINER & ASSOC. CO., L.P.A<br>1100 SUPERIOR AVE EAST, SUITE 1100<br>CLEVELAND, OH 44114-2520 |
| 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308-1848 | AMCA Collection Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 | AT&T<br>PO Box 6416<br>Carol Stream, IL 60197-6416 |
| Acme<br>W Albrecht Grocery - Dept 55299<br>PO Box 1910<br>Akron, OH 44309-1910 | Advance America<br>135 N Church St<br>Spartanburg, SC 29306-5138 | Afni Collections<br>1310 Martin Luther King Dr<br>PO Box 3517<br>Bloomington, IL 61702-3517 |
| Afni Collections<br>PO Box 3517<br>Bloomington, IL 61702-3517 | Akron Children's Hospital<br>PO Box 1757<br>Akron, OH 44309-1757 | Akron Pathology<br>400 Wabash<br>Akron, OH 44307 |
| Anesthesia Assoc Akron<br>1 Akron General Ave<br>Akron, OH 44307-2432 | Barberton Citizens Hosp<br>155 Fifth St NE<br>Barberton, OH 44203-3398 | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank NA<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Cashland<br>10417 N May Ave<br>Oklahoma City, OK 73120-2610 |
| Century Link<br>PO Box 4300<br>Carol Stream, IL 60197-4300 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citizens/RBS<br>PO Box 42010<br>Providence, RI 02940-2010 |
| Convergent Outsourcing Inc<br>10750 Hammerly Blvd #200<br>Houston, TX 77043-2317 | County of Summit Sanitary Sewer Svc<br>1180 S Main St Ste 201<br>Akron, OH 44301-1254 | (p)CREDIT PROTECTION ASSOCIATION LP<br>PARKWAY CENTER V<br>2500 DALLAS PARKWAY SUTIE 500<br>PLANO TX 75093-4805 |
| David Sed<br>69 W Main St<br>Ravenna, OH 44266-2743 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | Dish Network<br>PO Box 94063<br>Palatine, IL 60094-4063 |
| Enhanced Recovery Co LLC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | First American Loans<br>1 First American Way<br>Santa Ana, CA 92707-5913 | First Credit Intl Corp/Summa<br>PO Box 13283<br>Fairlawn, OH 44334-8683 |

| | | |
|---|---|---|
| First Energy Toledo Edison<br>PO Box 3687<br>Akron, OH 44309-3687 | HMC Group Collection Agency<br>PO Box 16211<br>Rocky River, OH 44116-0211 | Joseph R Harrison Co LPA<br>310 N Cleveland Massillon Rd<br>Akron, OH 44333-9302 |
| Kristen M. Scalise<br>Summit County Fiscal Officer<br>175 S. Main Street<br>Akron, Ohio 44308-1306 | LabCare<br>441 Wolf Ledges Ste 107<br>Akron, OH 44311-1038 | Montgomery Lynch Assoc<br>PO Box 21369<br>Brecksville, OH 44141 |
| NCB Management<br>PO Box 1099<br>Langhorne, PA 19047-6099 | Nationwide Credit Inc<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 | Ohio Attorney General Officer<br>PO Box 89471<br>Cleveland, OH 44101-6471 |
| Ohio Edison<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Ohio Edison<br>PO Box 3687<br>Akron, OH 44309-3687 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Pedatrix Medical Group<br>PO Box 88087<br>Chicago, IL 60680-1087 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quest Diagnostics<br>PO Box 740505<br>Cincinnati, OH 45274-0505 |
| (p)REVENUE ASSISTANCE CORPORATION<br>1711 CHESTER AVE<br>SUITE 200<br>CLEVELAND OH 44114-4623 | Richard Kaplow<br>808 Rockefeller Bldg<br>614 Superior Ave NW<br>Cleveland, OH 44113-1334 | Summa Health System<br>1077 Gorge Blvd<br>Akron, OH 44310-2408 |
| Summit Servicing Agency<br>205 N 115 St Ste 100<br>Omaha, NE 68154-2507 | Surgery Center<br>4125 Medina Rd<br>Akron, OH 44333-4514 | Team<br>PO Box 1643<br>Stow, OH 44224-0643 |
| (p)TEAM RECOVERY INC<br>PO BOX 1643<br>STOW OH 44224-0643 | Thomas A Turner DDS<br>1655 W Market St Ste 530<br>Akron, OH 44313-7097 | Time Warner Cable<br>PO Box 0901<br>Carol Stream, IL 60132-0901 |
| Toledo Edison<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Toledo Radiological Assoc Inc<br>PO Box 2204<br>Indianapolis, IN 46206-2204 | U.S. Department of Education<br>P.O. Box 16448<br>Saint Paul, MN 55116-0448 |
| Unique National Collections<br>119 E. Maple Street<br>Jeffersonville, IN 47130-3439 | United Collections Bureau<br>PO Box 140190<br>Toledo, OH 43614-0190 | United Telephone Company of Ohio<br>CenturyLink Bankruptcy<br>359 Bert Kouns<br>Shreveport LA 71106-8124 |

| University Of Akron | Way Public Library | Women's Health Group |
| --- | --- | --- |
| c/o KEITH D. WEINER & ASSOC. CO., L.P.A | 101 E Indiana Ave | 121 Northwest Ave. |
| 1100 SUPERIOR AVE EAST, SUITE 1100 | Perrysburg, OH 43551-2295 | Tallmadge, OH 44278-1809 |
| CLEVELAND, OHIO 44114-2520 | | |

| Kari Marie Mobley | Keith Rucinski | Michael Shawn Mobley Sr. |
| --- | --- | --- |
| 63 Organ Ave. | Chapter 13 Trustee | 63 Organ Ave. |
| Akron, OH 44319-3070 | One Cascade Plaza Suite 2020 | Akron, OH 44319-3070 |
| | Akron, OH 44308-1160 | |

| Rebecca J. Sremack | William M. Sremack |
| --- | --- |
| Sremack Law Firm | 2745 S Arlington Road |
| 2745 S. Arlington Road | Akron, OH 44312-4713 |
| Akron, OH 44312-4713 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Chase Bank | Credit Protect Assoc | (d)National Payment Services |
| --- | --- | --- |
| 621 W Main St | PO Box 9037 | OH1-1272 |
| Safford, AZ 85546 | Addison, TX 75001 | PO Box 182223 |
| | | Columbus, OH 43218 |

| PNC Bank | Revenue Group | Team Recovery |
| --- | --- | --- |
| PO Box 535230 | 4780 Hinckley Ind. Pkwy Ste 200 | PO Box 1643 |
| Pittsburgh, PA 15253 | Cleveland, OH 44109 | 3928 Clock Pt Trail Ste 101 |
| | | Stow, OH 44224 |

End of Label Matrix
Mailable recipients   67
Bypassed recipients    0
Total                 67