IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 13 CASE NO. 16-51550 |
| **MICHAEL SHAWN MOBLEY, SR. and KARI MOBLEY,** | JUDGE: ALAN M. KOSCHIK |
| *Debtors.* | NOTICE OF DEBTORS' MOTION TO MODIFY THE CHAPTER 13 PLAN PAID TO DATE |

Debtors Michael Shawn Mobley, Sr., and Kari Mobley have filed a Motion to Modify the Chapter 13 Plan Paid to Date.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to authorize this motion, or if you want the court to consider your views on this motion, then on or before May 28, 2021, you or your attorney must:

File with the court written objections and request for a hearing, and a written response explaining your position, at:

> Clerk of Courts
> U.S. Bankruptcy Court
> John F. Seiberling Federal Building & U.S. Courthouse
> 2 South Main Street
> Akron, OH 44308

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to the Debtors' counsel, at:

> Sremack Law Firm LLC
> 2745 S. Arlington Rd.
> Akron, OH 44312

If you or your attorney do not take these steps, then the court may decide that you do not oppose the motion and may enter an order granting the motion.

DATED:   April 27, 2021

>Respectfully submitted,
>
>/s/ Rebecca J. Sremack
>Rebecca J. Sremack #0092313
>Sremack Law Firm LLC
>2745 South Arlington Road
>Akron, Ohio 44312
>Phone: 330.644.0061
>Fax: 330.644.7241
>info@sremacklaw.com
>*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, a true and accurate copy of the foregoing *Notice of Motion to Modify the Chapter 13 Plan Paid to Debt* was served:

By certified mail, return receipt requested, upon:

>Kristen M. Scalise
>Summit County Fiscal Officer
>175 S. Main Street
>Akron, Ohio 44308

By regular U.S. mail, postage prepaid, upon the parties indicated on the mailing list, following on the attached mailing list, identified as Exhibit "A"; and

Via the Court's electronic case filing (ECF) system upon those parties indicated on the Court's electronic mail notice list, namely:

>Chapter 13 Trustee, Keith Rucinski
>
>U.S. Trustee

>/s/ Rebecca J. Sremack
>Rebecca J. Sremack #0092313
>*Counsel for Debtors*

2

**EXHIBIT A**

| | | |
|---|---|---|
| Label Matrix for l<br>1647-5<br>Case 16-51550-amk<br>Northern District<br>Akron<br>Tue Apr 27 09:37:24 EDT 2021 | US Department of Education<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | University of Akron<br>c/o KEITH D. WEINER & ASSOC. CO., L.P.A<br>1100 SUPERIOR AVE EAST, SUITE 1100<br>CLEVELAND, OH 44114-2520 |
| 455 John F. Seiberling Federal Building<br>US Courthouse<br>S South Main Street<br>Akron, OH 44308-1848 | AMCA Collection Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 | AT&T<br>PO Box 6416<br>Carol Stream, IL 60197-6416 |
| Acme<br>W Albrecht Grocery - Dept 55299<br>PO Box 1910<br>Akron, OH 44309-1910 | Advance America<br>135 N Church St<br>Spartanburg, SC 29306-5138 | Afni Collections<br>1310 Martin Luther King Dr<br>PO Box 3517<br>Bloomington, IL 61702-3517 |
| Afni Collections<br>PO Box 3517<br>Bloomington, IL 61702-3517 | Akron Children's Hospital<br>PO Box 1757<br>Akron, OH 44309-1757 | Akron Pathology<br>400 Wabash<br>Akron, OH 44307 |
| Anesthesia Assoc Akron<br>1 Akron General Ave<br>Akron, OH 44307-2432 | Barberton Citizens Hosp<br>155 Fifth St NE<br>Barberton, OH 44203-3398 | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank NA<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Cashland<br>10417 N May Ave<br>Oklahoma City, OK 73120-2610 |
| Century Link<br>PO Box 4300<br>Carol Stream, IL 60197-4300 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citizens/RBS<br>PO Box 42010<br>Providence, RI 02940-2010 |
| Convergent Outsourcing Inc<br>10750 Hammerly Blvd #200<br>Houston, TX 77043-2317 | County of Summit Sanitary Sewer Svc<br>1180 S Main St Ste 201<br>Akron, OH 44301-1254 | (p)CREDIT PROTECTION ASSOCIATION LP<br>PARKWAY CENTER V<br>2500 DALLAS PARKWAY SUTIE 500<br>PLANO TX 75093-4805 |
| David Sed<br>569 W Main St<br>Ravenna, OH 44266-2743 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | Dish Network<br>PO Box 94063<br>Palatine, IL 60094-4063 |
| Enhanced Recovery Co LLC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | First American Loans<br>1 First American Way<br>Santa Ana, CA 92707-5913 | First Credit Intl Corp/Summa<br>PO Box 13283<br>Fairlawn, OH 44334-8683 |

| | | |
|---|---|---|
| First Energy Toledo Edison<br>PO Box 3687<br>Akron, OH 44309-3687 | HMC Group Collection Agency<br>PO Box 16211<br>Rocky River, OH 44116-0211 | Joseph R Harrison Co LPA<br>310 N Cleveland Massillon Rd<br>Akron, OH 44333-9302 |
| Kristen M. Scalise<br>Summit County Fiscal Officer<br>175 S. Main Street<br>Akron, Ohio 44308-1306 | LabCare<br>441 Wolf Ledges Ste 107<br>Akron, OH 44311-1038 | Montgomery Lynch Assoc<br>PO Box 21369<br>Brecksville, OH 44141 |
| MCB Management<br>PO Box 1099<br>Langhorne, PA 19047-6099 | Nationwide Credit Inc<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 | Ohio Attorney General Officer<br>PO Box 89471<br>Cleveland, OH 44101-6471 |
| Ohio Edison<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Ohio Edison<br>PO Box 3687<br>Akron, OH 44309-3687 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Pedatrix Medical Group<br>PO Box 88087<br>Chicago, IL 60680-1087 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quest Diagnostics<br>PO Box 740505<br>Cincinnati, OH 45274-0505 |
| (p)REVENUE ASSISTANCE CORPORATION<br>5711 CHESTER AVE<br>SUITE 200<br>CLEVELAND OH 44114-4623 | Richard Kaplow<br>808 Rockefeller Bldg<br>614 Superior Ave NW<br>Cleveland, OH 44113-1334 | Summa Health System<br>1077 Gorge Blvd<br>Akron, OH 44310-2408 |
| Summit Servicing Agency<br>205 N 115 St Ste 100<br>Omaha, NE 68154-2507 | Surgery Center<br>4125 Medina Rd<br>Akron, OH 44333-4514 | Team<br>PO Box 1643<br>Stow, OH 44224-0643 |
| (p)TEAM RECOVERY INC<br>PO BOX 1643<br>STOW OH 44224-0643 | Thomas A Turner DDS<br>1655 W Market St Ste 530<br>Akron, OH 44313-7097 | Time Warner Cable<br>PO Box 0901<br>Carol Stream, IL 60132-0901 |
| Toledo Edison<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Toledo Radiological Assoc Inc<br>PO Box 2204<br>Indianapolis, IN 46206-2204 | U.S. Department of Education<br>P.O. Box 16448<br>Saint Paul, MN 55116-0448 |
| Unique National Collections<br>519 E. Maple Street<br>Jeffersonville, IN 47130-3439 | United Collections Bureau<br>PO Box 140190<br>Toledo, OH 43614-0190 | United Telephone Company of Ohio<br>CenturyLink Bankruptcy<br>359 Bert Kouns<br>Shreveport LA 71106-8124 |

| University Of Akron<br>c/o KEITH D. WEINER & ASSOC. CO., L.P.A<br>1100 SUPERIOR AVE EAST, SUITE 1100<br>CLEVELAND, OHIO 44114-2520 | Way Public Library<br>101 E Indiana Ave<br>Perrysburg, OH 43551-2295 | Women's Health Group<br>121 Northwest Ave.<br>Tallmadge, OH 44278-1809 |
|---|---|---|
| Kari Marie Mobley<br>63 Organ Ave.<br>Akron, OH 44319-3070 | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza Suite 2020<br>Akron, OH 44308-1160 | Michael Shawn Mobley Sr.<br>63 Organ Ave.<br>Akron, OH 44319-3070 |
| Rebecca J. Sremack<br>Sremack Law Firm<br>2745 S. Arlington Road<br>Akron, OH 44312-4713 | William M. Sremack<br>2745 S Arlington Road<br>Akron, OH 44312-4713 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Chase Bank<br>521 W Main St<br>Safford, AZ 85546 | Credit Protect Assoc<br>PO Box 9037<br>Addison, TX 75001 | (d)National Payment Services<br>OH1-1272<br>PO Box 182223<br>Columbus, OH 43218 |
|---|---|---|
| PNC Bank<br>PO Box 535230<br>Pittsburgh, PA 15253 | Revenue Group<br>4780 Hinckley Ind. Pkwy Ste 200<br>Cleveland, OH 44109 | Team Recovery<br>PO Box 1643<br>3928 Clock Pt Trail Ste 101<br>Stow, OH 44224 |

End of Label Matrix
Mailable recipients    67
Bypassed recipients     0
Total                  67