IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 13 |
| **MICHAEL SHAWN MOBLEY, SR. and KARI MOBLEY,** | CASE NO. 16-51550 |
| | JUDGE: ALAN M. KOSCHIK |
| *Debtors.* | DEBTOR'S NOTICE OF CHANGE OF ADDRESS |

Debtor Michael Shawn Mobley, Sr., through counsel, respectfully gives notice of his new address:

> Michael Shawn Mobley Sr. #A773626
> c/o Madison Corr. Inst.
> PO Box 740
> London, OH 43140

Debtor 2, Kari Mobley, remains at the same address.

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Phone: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Counsel for Debtors*

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing ***Debtor's Notice of Change of Address*** was served this 27th day of April, 2021, via the Court's electronic case filing (ECF) system upon those parties indicated on the Court's electronic mail notice list, namely:

> Chapter 13 Trustee, Keith Rucinski
> U.S. Trustee

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Counsel for Debtors*
